May 4, 2015

Jeffrey D. Kyle, Clerk

P.O. Box 12547

Austin, TX  78711

Court of  Appeals  Cause No.  03-15-00025-CV

Trial Court  Case  No.  D-1-GN-12-000983;  Lakeway Regional Medical Center, et al v. Lake Travis Transitional, et al

Dear Mr. Kyle:

I am requesting an additional two weeks to complete and file the Reporter's Record.  I am responsible for the sole care of my mother, who had surgery on brain to remove cancerous tumor.  She relapsed and had bacterial infection with zero immune system and I have been providing 24-hour care for her.  I am working feverishly to get my records filed.  I will file the record by May 18, 2015.

Thank you,

/s/ LaSonya Thomas